JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, New Jersey  08625
Attorney for New Jersey Department of Labor

By: Gregory L. Van Dyck
    Deputy Attorney General
    609/376-2870

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

In Re: Michael Lee Branam, Debtor

Case No.:  26-11337

NEW JERSEY DEPARTMENT OF LABOR     :   Adv. Pro. No.:  26-01203
AND WORKFORCE DEVELOPMENT,
DIVISION OF UNEMPLOYMENT AND       :   Chapter 13
DISABILITY INSURANCE,
                                   :
        Plaintiff,
    v.                             :   REQUEST TO ENTER DEFAULT

MICHAEL LEE BRANAM,                :

        Defendant.                 :

TO THE CLERK OF THE BANKRUPTCY COURT:

        Plaintiff requests the Clerk to enter a default of defendant in the above captioned action for failure to plead or otherwise defend as required by law.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY


By:  /S/ Gregory L. Van Dyck
     Gregory L. Van Dyck 037241990
     Deputy Attorney General
Dated:  June 5, 2026