UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Gregory L. Van Dyck, Deputy Attorney General
PO BOX 119
TRENTON NJ 08625-0119
(609) 376-2870

| | |
|---|---|
| In Re:<br>Michael Lee Branam | Case No.:  26-11337<br><br>Hearing Date:      N/A |
| NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT, DIVISION OF UNEMPLOYMENT AND DISABILITY INSURANCE,<br><br>                    Plaintiff(s),<br>v.<br><br>MICHAEL LEE BRANAM,<br><br>                    Defendant(s). | Adv. No.:  26-01203<br><br>Judge:  Hon. Michael B. Kaplan |

**ENTRY OF DEFAULT**

The relief set forth on the following pages, numbered two (2)

through two (2) is hereby **ORDERED**.

Dated:                , 2026

                         CLERK OF THE BANKRUPTCY COURT

- 2 -

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

Michael Lee Branam,

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.