JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 119
Trenton, New Jersey  08625
Attorney for New Jersey Department of Labor

By:  Gregory L. Van Dyck
     Deputy Attorney General
     609/376-2870

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

In Re: Michael Lee Branam,
       XXX-XX-8521, Defendant

_____

NEW JERSEY DEPARTMENT OF LABOR
AND WORKFORCE DEVELOPMENT,
DIVISION OF UNEMPLOYMENT AND
DISABILITY INSURANCE,

                Plaintiff,

     v.

MICHAEL LEE BRANAM,

                Defendant.

_____

Case No.:   26-11337

Adv. Pro. No.:   26-01203

Chapter 13

CERTIFICATION IN SUPPORT OF
ENTRY OF DEFAULT

        Gregory L. Van Dyck, of full age, certifies as follows:

1.        I am a Deputy Attorney General for the State of New

Jersey and am in charge of the above matter for the plaintiff.

2.        A summons and notice of pretrial conference was issued in

the above matter by the Clerk of the Bankruptcy Court, and the said

summons, together with a complaint, pretrial instructions, proposed

joint scheduling order and notice of mediation program were served

on May 5, 2026 on the defendant and Daniel E. Straffi, Esquire.

3.      The summons required that an answer be served upon plaintiff's attorney within thirty (30) days of the date of issuance.

4.      The summons and complaint were served upon the defendant by first class mail pursuant to Bankruptcy Rule 7004(b) as appears on the Certification of Service previously filed with the Court.

5.      No answer or motion has been received within the time specified by the summons or Bankruptcy Rule 7012(a) including the extension of time to answer allowed for mail service by Bankruptcy Rule 9006(f).  No extension of time has been granted by the Court.

6.      The party against whom default is sought has not requested or has not been granted an extension of time to plead or otherwise defend.

7.      Upon information and belief defendant is not in the military service of the United States.  The basis for this belief is service on the defendant at a civilian address.

        I certify that the foregoing statements by me are true. I am aware that, if any of the foregoing statements by me is wilfully false, I am subject to punishment.

/s/ Gregory L. Van Dyck
Gregory L. Van Dyck 037241990

Dated:  June 5, 2026

- 2 -