## State of New Jersey

| | | |
|---|---|---|
| MIKIE SHERRILL<br>*Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 119<br>TRENTON, NJ 08625-0119 | JENNIFER DAVENPORT<br>*Attorney General* |
| DR. DALE G. CALDWELL<br>*Lt. Governor* | | MICHAEL C. WALTERS<br>*Director* |

June 5, 2026

<u>Electronically Filed</u>
Clerk
United States Bankruptcy Court for the District of New Jersey
402 E. State Street
Trenton, NJ 08608

Re:  State of New Jersey v. Michael Lee Branam
     Our File A0046815
     Case No. 26-11337 MBK
     <u>Adv. Pro. No. 26-01203</u>

Ladies and Gentlemen,

     Please find the application for the entry of default in the above matter for the New Jersey Department of Labor and Workforce Development, Division of Unemployment and Disability Insurance.

     The Plaintiff hereby requests that the within matter be decided on the papers unless there is opposition filed or unless the Court requires an appearance.

                          Respectfully submitted,

                          JENNIFER DAVENPORT
                          ATTORNEY GENERAL OF NEW JERSEY


                    By:   <u>/s/ Gregory L. Van Dyck</u>
                          Gregory L. Van Dyck
                          Deputy Attorney General

encl.
Electronic Service


