UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

MICHAEL LEE BRANAM AND
MELISSA BRANAM

| | |
|---|---|
| Case No.: | 26-11337 |
| Adv. No.: | 26-1203 |
| Chapter: | 13 |
| Judge: | Kaplan |

NJ Department of Labor and Workforce Development,
Division of Unemployment and Disability Insurance

                          Plaintiff(s)

vs.

Michael Lee Branam

                          Defendant(s)

## ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:  MICHAEL LEE BRANAM

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Date: June 3, 2026

JEANNE A. NAUGHTON, Clerk

BY: Linda Brakel

                          Deputy Clerk

*rev.1/9/17*